IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

LINDA FAY BUSH,                  )
                                 )
            Plaintiff,           )
                                 )
     v.                          )    1:17CV872
                                 )
NANCY BERRYHILL,                 )
Acting Commissioner of           )
Social Security,                 )
                                 )
            Defendant.           )

**ORDER**

On February 20, 2019, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 15, 16.) Plaintiff filed objections (Doc. 17) within the time limit prescribed by Section 636.

The court has reviewed Plaintiff's objections *de novo* and finds that they do not change the substance of the United States Magistrate Judge's Recommendation (Doc. 15), which is affirmed and adopted.

IT IS THEREFORE ORDERED that the Commissioner's decision finding no disability is AFFIRMED, that Plaintiff's Motion for Judgment Reversing the Commissioner (Doc. 10) is DENIED, that the Commissioner's Motion for Judgment on the Pleadings (Doc. 13) is GRANTED, and that this action is DISMISSED WITH PREJUDICE.

/s/   Thomas D. Schroeder
                                        United States District Judge

March 25, 2019